```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF PUERTO RICO
```

UNITED STATES OF AMERICA

    Plaintiff,

    v.                          CIVIL NO. 98-1813 (HL)

A) and B) TWO RURAL LOTS LOCATED AT ROAD 421, BARRETO SECTOR, CAPA WARD, MOCA, PUERTO RICO, MORE FULLY DESCRIBED AT THE PROPERTY REGISTRY FOR THE COMMONWEALTH OF PUERTO RICO AS FOLLOWS:

LOT NO. 1
RUSTICA: Predio o parcela de terreno numero uno del caso C raya mil doscientos veinte (C-1220), situado en el Barrio Capa de Moca, Puerto Rico, de TRES CUERDAS DE TERRENO, equivalentes a una hectarea, diecisiete areas y noventa y una centiareas, en lindes: al NORTE y OESTE, con la finca de la que se segrego, perteneciente a Emilia Acevedo Vera, hoy por el NORTE, con Juanito Vazquez; por el SUR con la via ferrea de la Central Plata que separa de terrenos de Manuel Perez y Pedro Gonzalez, hoy Maria Ramos; por el ESTE, con terrenos pertenecientes a la viuda de Duco, Manuel Perez, y Pedro Gonzalez, hoy Juanito Vazquez; y por el OESTE, hoy tambien Juanito Vazquez.

Enclava una casa construida de hormigon, dedicada a vivienda. Consta inscrita en el Registro de la Propiedad, al folio cincuenta y seis (56) vuelto, del tomo cuarenta y seis (46) de Moca, Seccion de Aguadilla, finca numero dos mil ciento ocho (2,108).



LOT NO. 2
RUSTICA: Parcela de terreno sita en el Barrio Capa de Moca, Puerto Rico, compuesta de DOS CUERDAS OCHO MIL TRESCIENTAS VEINTIDOS MILESIMAS DE OTRA, igual a una hectarea, once areas, treinta y una centiareas y sesenta y cinco miliareas, en lindes: al NORTE, Pelegrin Vargas, Pedro Gonzalez y Manuel Perez, antes, hoy Vicente Caban; SUR, Manuel Perez y Pedro Gonzalez antes, hoy Maria Ramos; ESTE, Manuel Perez, Pedro Gonzalez y Juan Ortiz antes, hoy Isidro Vargas y Maria Ramos, separado por un camino; y al OESTE, Pelegrin Vargas antes, hoy Vicente Caban y Teodoro Gonzalez.

Consta inscrita en el Registro de la Propiedad al folio ciento ocheinta y cinco (185) del tomo seseinta y cuatro (64) de Moca, Seccion de Aguadilla, finca numero dos mil setecientos setenta y siete (2,777).

C) ONE RURAL LOT #3, LOCATED AT ROAD 411, URB. LOS PINOS, AGUADA, PUERTO RICO, MORE FULLY DESCRIBED AT THE PROPERTY REGISTRY FOR THE COMMONWEALTH OF PUERTO RICO AS FOLLOWS:

RUSTICA: Predio de terreno sito en el Barrio Guayabo de Aguada, Puerto Rico, con cabida superficial de quinientos ochenta y seis punto noventa metros cuadrados (586.90) en lides al NORTE Carmen Negron, SUR uso publico, ESTE predio dos, y al OESTE predio cuatro. Identificado como predio numero TRES.
Enclava una estructura en hormigon y bloques de dos plantas

2

Inscrita al folio doscientos ochenta y siete, tomo ciento ochenta y siete de Aguada, finca numero diez mil cuatrocientos siete, inscripcion primera en el Registro de la Propiedad de Aguadilla.

       Defendants.

## ORDER

Upon Plaintiff's motion and the Court otherwise being fully apprised of the premises, it is hereby ORDERED that the Property Registrar for the pertinent sections, shall forthwith record free and clear of all liens in the name of the United States of America the following properties:

**RUSTICA: Predio o parcela de terreno numero uno del caso C raya mil doscientos veinte (C-1220), situado en el Barrio Capa de Moca, Puerto Rico, de TRES CUERDAS DE TERRENO**, equivalentes a una hectarea, diecisiete areas y noventa y una centiareas, en lindes: al NORTE y OESTE, con la finca de la que se segrego, perteneciente a Emilia Acevedo Vera, hoy por el NORTE, con Juanito Vazquez; por el SUR con la via ferrea de la Central Plata que separa de terrenos de Manuel Perez y Pedro Gonzalez, hoy Maria Ramos; por el ESTE, con terrenos pertenecientes a la viuda de Duco, Manuel Perez, y Pedro Gonzalez, hoy Juanito Vazquez; y por el OESTE, hoy tambien Juanito Vazquez.
Enclava una casa construida de hormigon, dedicada a vivienda.
Consta inscrita en el Registro de la Propiedad, al folio cincuenta y seis (56) vuelto, del tomo cuarenta y seis (46) de Moca, Seccion de Aguadilla, finca numero dos mil ciento ocho (2,108).

**RUSTICA: Parcela de terreno sita en el Barrio Capa de Moca, Puerto Rico, compuesta de DOS CUERDAS OCHO MIL TRESCIENTAS VEINTIDOS MILESIMAS DE OTRA**, igual a una hectarea, once areas, treinta y una centiareas y sesenta y cinco miliareas, en lindes: al NORTE, Pelegrin Vargas, Pedro Gonzalez y Manuel Perez, antes,

3

hoy Vicente Caban; SUR, Manuel Perez y Pedro Gonzalez antes, hoy Maria Ramos; ESTE, Manuel Perez, Pedro Gonzalez y Juan Ortiz antes, hoy Isidro Vargas y Maria Ramos, separado por un camino; y al OESTE, Pelegrin Vargas antes, hoy Vicente Caban y Teodoro Gonzalez. Consta inscrita en el Registro de la Propiedad al folio ciento ocheinta y cinco (185) del tomo seseinta y cuatro(64) de Moca, Seccion de Aguadilla, finca numero dos mil setecientos setenta y siete (2,777).

**RUSTICA: Predio de terreno sito en el Barrio Guaynabo de Aguada, Puerto Rico, con cabida superficial de quinientos ochenta y seis punto noventa metros cuadrados (586.90)** en lides al NORTE Carmen Negron, SUR uso publico, ESTE predio dos, y al OESTE predio cuatro. Identificado como predio numero TRES.
Enclava una estructura en hormigon y bloques de dos plantas dedicada a vivienda.
Inscrita al folio doscientos ochenta y siete, tomo ciento ochenta y siete de Aguada, finca numero diez mil cuatrocientos siete, inscripcion primera en el Registro de la Propiedad de Aguadilla.

SO ORDERED.

In San Juan, Puerto Rico, this 30th day of September, 1999.

_____
HECTOR M. LAFFITTE
CHIEF, U.S. DISTRICT JUDGE

4