UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



United States of America,
    Plaintiff,
    V.
Two Rural Lots, etc.,
    Defendants.

CASE NUMBER: 98-1813 (HL)

## MOTION

Date Filed: 5/8/00    Docket # 22    [ ] Plffs [x] Defts
Title: Solicitando Orden
Opp'n Filed:    Docket #

## ORDER

Plaintiff United States of America is hereby ordered to respond by June 5, 2000.

Date 5-12-00    HECTOR M. LAFFITTE
    Chief U.S. District Judge