UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

United States of America,
    Plaintiff,
    V.
Two Rural Lots, etc.,
    Defendants.

CASE NUMBER: 98-1813 (HL)

### MOTION

Date Filed: 5/15/00    Docket # 5    [ ] Plffs [x] Defts
Title: Motion to Dismiss Pursuant to FRCP 12(b)(6)
Opp'n Filed:    Docket #

### ORDER

In light of the notice of appeal filed on June 13, 2000, the Court is divested of jurisdiction to consider this case further.

Date 6/20/00    HECTOR M. LAFFITTE
    Chief U.S. District Judge

