UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

United States of America,
    Plaintiff-Appellee,
    V.
Two Rural Lots Located at Road 421, Moca,
Puerto Rico,
    Defendant.

CASE NUMBER: 98-1813 (HL)

## MOTION

Date Filed: 10/12/00     Docket # 29     [ ] Plffs  [x] Defts
Title: Soliciting to Proceed in Forma Pauperis
Opp'n Filed:     Docket #

## ORDER

Granted. Claimant Victor M. Valle Lassalle ("Valle") shall submit to the Court a certified copy of his trust fund account statement (or institutional equivalent) for the 6-month period immediately preceding the filing of the notice of appeal. Further, Valle shall immediately submit an initial partial filing fee of 20 percent of the greater of the average monthly deposits to his account or the average monthly balance in his account for the 6-month period immediately preceding the filing of the notice of appeal. Subsequently, Valle shall make monthly payments to the Court of 20 percent of the preceding month's income credited to his account until the full amount of the filing fee is paid.

Date 10/17/2000

HECTOR M. LAFFITTE
Chief U.S. District Judge